ACCEPTED
02-17-00217-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:40 PM
DEBRA SPISAK
CLERK



**SHAREN WILSON**
Criminal District Attorney
Tarrant County

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 12:40:26 PM
DEBRA SPISAK
Clerk

December 19, 2017

Debra Spisak, Clerk
Court of Appeals for the Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

**Re:   Cause No. 02-17-00217-CR**
**Trial Court No. 1446091D**
**Armando Rios, Jr. v. The State of Texas**

Dear Ms. Spisak,

On November 6, 2017, counsel for Appellant filed a motion to withdraw and a brief supporting the motion pursuant to *Anders v. California*, 386 U.S. 738 (1967), stating that there were no arguable grounds for relief and that Appellant's appeal was frivolous. Appellant did not file a response.

The State agrees with Appellant's counsel that there are no arguable grounds for relief and that Appellant's appeal is frivolous. Counsel's motion to withdraw should be granted and Appellant's conviction and sentence should be affirmed. However, if this Court determines that there are arguable issues and abates the appeal to appoint new counsel, the State reserves the right to reply to those issues. *See, e.g.*,

*In re Schulman*, 252 S.W.3d 403, 409 (Tex. Crim. App. 2008) (setting out procedural steps in *Anders* appeals).

I would appreciate it if you would bring this letter to the Court's attention. Thank you for your assistance in this matter.

Respectfully submitted,

/s/ John E. Meskunas
John E. Meskunas
Assistant Criminal District Attorney
State Bar No. 24055967
COAAppellateAlerts@tarrantcountytx.com

cc:    Mike Berger, via e-service
       Armando Rios, Jr., via mail